FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LUGUS IP LLC    v.    VOLVO CAR CORPORATION

No. 14-1743

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    LUGUS IP LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: John R Fuisz
Law firm: Fuisz-Kundu Group LLP
Address: 1455 Pennsylvania Avenue NW, Suite 400
City, State and ZIP: Washington, DC 20007
Telephone: 202-621-1889
Fax #: 202-652-2309
E-mail address: jfuisz@fuiszkundu.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/14/92

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

September 4, 2014                    [signature]
Date                                 Signature of pro se or counsel

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2014, I caused the foregoing document to be served by electronic mail and the Court's ECF system upon the following:


Arnold B. Calmann
Saiber
abc@saiber.com
*Counsel for Appellee*

                                              /s/ John R Fuisz
                                              John R. Fuisz